| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE: (Name of Debtor - If Individual: Last, First, Middle)<br>**RAUL SERGIO CANTU** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>**Raul Sergio Cantu-Willman, Raul Sergio Cantu, MD** |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO. / Complete EIN or other TAX I.D. NO. (If more than one, state all.)
**xxx-xx-8845**

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**8546 Broadway St. #234**<br>**San Antonio, TX** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Bexar** | ZIPCODE **78217** | | ZIPCODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**San Antonio, Texas (various locations)**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts
BRIEFLY DESCRIBE NATURE OF BUSINESS
**Medical Practice and Real Estate Investor**

TYPE OF DEBTOR
☑ Individual            ☐ Stockbroker
☐ Partnership           ☐ Railroad
☐ Corporation           ☑ Health Care Business
☐ Clearing Bank         ☐ Commodity Broker
☐ Other:_____

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE (Check one box)**

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)**

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☑ Petititioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Name of Debtor:  **RAUL SERGIO CANTU**

## Involuntary Petition

Case No _____

| TRANSFER OF CLAIM |
|---|
| ☑    Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)

**Jessica Marie Garcia**  
Name of Petitioner       Date Signed

Name and Mailing Address of Individual Signing in Representative Capacity  
**Martin Seidler**  
**Attorney**  
**11107 Wurzbach Rd. #504**  
**San Antonio, Texas 78230**

X _____     5/30/06  
Signature of Attorney       Date

**LAW OFFICES OF MARTIN SEIDLER**  
Name of Attorney Firm (If any)  
Address   **One Elm Place, Suite 504**  
**11107 Wurzbach Road**  
**San Antonio, Texas 78230**

Telephone No. **(210) 694-0300**

---

X _____  
Signature of Petitioner or Representative (State title)

**Jesus Angel Garcia**  
Name of Petitioner       Date Signed

Name and Mailing Address of Individual Signing in Representative Capacity  
**Martin Seidler**  
**Attorney**  
**11107 Wurzbach Rd. #504**  
**San Antonio, Texas 78230**

X _____     5/30/06  
Signature of Attorney       Date

**LAW OFFICES OF MARTIN SEIDLER**  
Name of Attorney Firm (If any)  
Address   **One Elm Place, Suite 504**  
**11107 Wurzbach Road**  
**San Antonio, Texas 78230**

Telephone No. **(210) 694-0300**

---

X _____  
Signature of Petitioner or Representative (State title)

**Santos Garcia**  
Name of Petitioner       Date Signed

Name and Mailing Address of Individual Signing in Representative Capacity  
**Martin Seidler**  
**Attorney for Petitioning Creditor**  
**11107 Wurzbach Rd. #504**  
**San Antonio, Texas 78230**

X _____     5/30/06  
Signature of Attorney       Date

**LAW OFFICES OF MARTIN SEIDLER**  
Name of Attorney Firm (If any)  
Address   **One Elm Place, Suite 504**  
**11107 Wurzbach Road**  
**San Antonio, Texas 78230**

Telephone No. **(210) 694-0300**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Jessica Marie Garcia**<br>**4526 Tropical**<br>**San Antonio, Texas  78218** | **Wrongful death and survivorship arising from medical malpractice judgment** | $503,801.37 |
| **Jesus Angel Garcia**<br>**4526 Tropical**<br>**San Antonio, Texas  78218** | **Wrongful death and survivorship arising from medical malpractice judgment** | $503,801.37 |
| **Santos Garcia**<br>**4526 Tropical**<br>**San Antonio, Texas  78218** | **Wrongful death and survivorship arising from medical malpractice judgment** | $503,801.37 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$1,511,404.11 |

0 continuation sheets attached