**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**IN RE:**                                    §
                                              §
**RAUL SERGIO CANTU**                         §            **NO.  06-50950 LMC**
                                              §
     **Debtor**                               §            **Chapter 7**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petitioner's involuntary petition and summons were served by regular mail and certified mail return receipt requested, postage prepaid to Raul Sergio Cantu, 11103 San Pedro, #244, San Antonio, Texas 78216, on this 14th day of June, 2006.

_____/s/_____
Martin Seidler