**SO ORDERED.**

**SIGNED this 23rd day of April, 2008.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 06-50950 C** |
| **RAUL SERGIO CANTU, M.D.,** | § | |
| **AKA RAUL SERGIO CANTU-WILLMAN,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR** | § | |

### ORDER GRANTING IN PART AND DENYING IN PART
### JOINT MOTION FOR CONTEMPT

On March 7, 2008, came on to be heard the Joint Motion for Contempt. It is accordingly,

ORDERED that the Joint Motion for Contempt against John D. Herrick and Michelle D. Valicek be and the same is hereby denied. The Court finds that John D. Herrick did not have the debtor's records in possession that could be turned over to the Trustee and that Michelle D. Valicek, after the date of the hearing on this motion, turned over her files on the debtor to the Trustee's counsel. It is further,

ORDERED that the debtor Raul Sergio Cantu, M.D. should be and is hereby held in contempt of this Court because of his knowing and intentional violation of the following Court Orders:

A.    [Docket # 14]  Order Denying Motion to Quash Notice of Intention to Take Rule 2005 Examination of Raul Sergio Cantu, M.D. [entered 7/31/06]  Dr. Cantu failed to appear at the Bankruptcy Rule 2004 examination scheduled for July 31, 2006 and failed to produce the following documents which he was requested to produce in the Rule 2004 Notice:

1.    Your annual financial statements for the last five years.

2    Your Financial Statements for 2006.

3    Your federal income tax returns for the last five years and supporting detail.

4    List of subsidiaries or other businesses in which you have an ownership interest, together with their most recent financial statements.

5    Your general ledgers and related journals for 2001 through 2006.

6    Your aged accounts receivable listing.

7    All of your bank and brokerage statements including deposit slips and cancelled checks for 2001 though 2006.

8    Fixed asset register or depreciation schedules for the past five years.

9    All payroll records including W-2's and 1099's for the past 5 years.

10    A current accounts payable listing and supporting documents.

11.    Copies of workpapers prepared by Certified Public Accountant in preparing income tax returns for medical practice or practices for the past five years.

12.    List of stockholders or partners, showing the amount of stock or percentage owned by each person in each entity in which you own an interest.

13    Copies of real property leases and loans, including notes receivable and notes payable for the last five years.

14    Your driver's license.

15    Your passports.

16    Your medical license and your last application to renew your medical license.

17    Your medical malpractice insurance policy.

18    Your residential and business leases for the last 5 years.

19    Your divorce inventory.

2

20    All depositions taken in your divorce case.

21    Deeds to all real property owned by you or in which you own an interest, including partnership interests.

22    All country club membership billings for the last 5 years.

23    Any and all utility bills for the last 5 years.

24    Any and all telephone bills, including cell phone bills, for the last 5 years.

25.    Any and all ad valorem tax bills for the last 5 years.

26.    Any and all vehicle registrations for the last 5 years.

27.    Any and all alien registration cards and or green cards for the last 5 years.

28.    Any and all VISAs for the last 5 years.

29.    Your current Last Will and Testament.

B.    [Docket # 26] Order For Relief [Entered 12/14/06] Dr. Cantu failed to file a matrix and schedules within 15 days of entry of the Order for Relief as required by such Order.

C.    [Docket # 34] Order Granting Joint Motion to Compel Turnover and for Compliance with Court Order Directing The Debtor File Schedules, List of Creditors, And Statement of Financial Affairs [Entered 4/17/07]. Dr. Cantu knowingly and intentionally failed to file full and complete verified Bankruptcy Schedules and Statement of Financial Affairs with the Clerk of this Court and serve copies upon counsel for the trustee and petitioning creditors by April 13, 2007 as required by such Order of the Court.

It is further,

ORDERED that the debtor is assessed a fine of $5,000.00 and reasonable attorney's fees of $2,500.00 payable to the petitioning Creditors for his wilful violation of the orders set forth above. It is further,

ORDERED that the debtor shall be committed to the Bexar County Jail for a period of 90 days for his intentional violations of the Orders of this Court set forth

3

above.  It is further,

ORDERED that a writ of attachment shall issue for the debtor, Raul Sergio Cantu, M.D. directing that the U. S. Marshall's Service and/or the Department of Homeland Security shall seize and detain the debtor, Raul Sergio Cantu, M.D. also known as Raul Sergio Cantu Willman, Social Security Number 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, and his Passport and any VISA he may possess, and bring him before this Court at Old Post Office Building, 615 E. Houston St., 3rd Floor, Courtroom #1, San Antonio, Texas, instanter, to show cause why he should not be further sanctioned until he purges himself of contempt by compliance with the Orders of this Court set forth above.

# # #

Submitted By:

Martin Seidler
11107 Wurzbach Rd., Suite 504E
San Antonio, Texas 78230