## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-50950 C |
| | § | |
| RAUL SERGIO CANTU, M.D., AKA | § | |
| RAUL SERGIO CANTU-WILLMAN, | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |
| | § | |
| JOHNNY W. THOMAS, TRUSTEE, | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | ADV. NO. |
| | § | |
| UNITED STATES OF AMERICA | § | |
| DEPARTMENT OF THE TREASURY, | § | |
| INTERNAL REVENUE SERVICE, | § | |
| RAUL S. CANTU, JR., RICHARD | § | PRETRIAL CONF. |
| CANTU, MARIA ELENA LOZANO | § | REQUESTED |
| TREVINO F/K/A MARIA ELENA | § | |
| CANTU RAUL S. CANTU TRUST, | § | |
| RICHARD CANTU TRUST, RAUL S. | § | |
| CANTU, FAMILY LIMITED PARTNER- | § | |
| SHIP,RAUL S. CANTU NUMBER TWO | § | |
| FAMILY LIMITED PARTNERSHIP, | § | |
| RAUL S. CANTU NUMBER THREE | § | |
| FAMILY LIMITED PARTNERSHIP, | § | |
| RAUL S. CANTU NUMBER FOUR | § | |
| FAMILY LIMITED PARTNERSHIP, | § | |
| RAUL SERGIO CANTU, M.D. A/K/A | § | |
| RAUL SERGIO CANTU-WILLMAN, | § | |
| TUCAN, LLC, TUCAN PROPERTY | § | |
| MANAGEMENT, INC., TROPICAL | § | |
| FISH FAMILY LIMITED PARTNER- | § | |
| SHIP, RAILPRESS FAMILY LIMITED | § | |
| PARTNERSHIP, MOONLIGHT | § | |
| FAMILY LIMITED PARTNERSHIP, | § | |
| KWALEON FAMILY LIMITED | § | |
| PARTNERSHIP, THE MARIA E. | § | |

| | |
|---|---|
| **LOZANO TREVINO FAMILY** | § |
| **LIMITED PARTNERSHIP AND** | § |
| **HDJ FAMILY LIMITED PARTNER-** | § |
| **SHIP,** | § |
| | § |
| **DEFENDANTS** | § |

## PLAINTIFF'S ORIGINAL COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE, TO RECOVER AVOIDABLE TRANSFERS, TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OF THE INTERESTS OF CO-OWNERS, FOR ACCOUNTING, FOR DECLARATORY JUDGMENT AND OTHER RELIEF

TO THE HONORABLE LEIF M .CLARK, U. S. BANKRUPTCY JUDGE:

Johnny W. Thomas, Trustee in Bankruptcy for the Estate of Raul Sergio Cantu, M. D. a/ka/ Raul Sergio Cantu-Willman, Plaintiff, respectfully represents:

### *Jurisdiction*

1. This Court has jurisdiction of this core proceeding pursuant to 28 U.S.C. §§157 and 2201-2202, 11 U.S.C. §105, 363, 506, 542, 543, 544, 548, 549 and 727, and the law s of the State of Texas including but not limited to §37 of the Texas Civil Practice and Remedies Code and §§24-27 of the Texas Business and Commerce Code.

### *Parties*

2. The plaintiff is Johnny W. Thomas, the Trustee in Bankruptcy for the Estate of Raul Sergio Cantu, M. D. a/ka/ Raul Sergio Cantu-Willman, debtor.

3. Defendant, Raul Sergio Cantu, M.D. may be served with summons at

11103 San Pedro Ave. #244, San Antonio, Texas 78216.

4.     Defendant United States of America, Department of the Treasury, Internal Revenue Service may be served with summons at U.S. Attorney, Attn: Assistant U. S. Attorney Gary Wright, 601 NW Loop 410, #600, San Antonio, Texas 78216.

5.     Defendant United States of America, Department of the Treasury, Internal Revenue Service may be served with summons to the U.S. Attorney General, Michael Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

6.     Defendant United States of America, Department of the Treasury, Internal Revenue Service may be served with summons to Internal Revenue Service, Special Procedures, 300 E. 8th St., STOP 5022, Austin, Texas 78701.

7.     Defendant, Raul S. Cantu, Jr. may be served with summons at 11824 Sandman Dr., Apt. 158, San Antonio, Texas 78216.

8.     Defendant Richard Cantu may be served with summons at 11824 Sandman Dr., Apt. 158, San Antonio, Texas 78216.

9.     Defendant Maria Elena Lozano Trevino f/k/a Maria Elena Cantu, may be served with summons at 104 Sir Arthur Court, San Antonio, Texas 78213.

10.     Defendant, Raul S. Cantu Trust may be served with summons at by serving Raul S. Cantu and/or Carlos Ferreyro, 8546 Broadway, #234 San Antonio, Texas 78217.

11.     Defendant, Richard Cantu Trust, may be served with summons by serving Raul S. Cantu and/or Carlos Ferreyro at 8546 Broadway, #234 San Antonio, Texas 78217.

12.     Defendant, Raul S. Cantu Family Limited Partnership may be served with summons by serving its general partner Raul S. Cantu, Jr. at 11824 Sandman Dr., Apt. 158 San Antonio, Texas 78216.

13.     Defendant, Raul S. Cantu #2 Family Limited Partnership may be served with summons by serving its general partner  Raul S. Cantu. at 11824 Sandman Dr., Apt. 158, San Antonio, Texas 78216.

14.     Defendant, Raul S. Cantu #3 Family Limited Parnership may be served with summons by serving its general partner Raul S. Cantu at 11824 Sandman Dr., Apt. 158, San Antonio, Texas 78216.

15.     Defendant, Raul S. Cantu #4 Family Limited Parnership may be served with summons by serving its general partner Raul S. Cantu at 11824 Sandman Dr., Apt. 158, San Antonio, Texas 78216.

16.     Defendant Tucan Property Management, Inc. may be served with summons by serving its registered agent Raul S. Cantu at 8546 Broadway, #234, San Antonio, Texas 78217.

17.     Defendant Tucan, LLC. may be served with summons by serving its registered Raul S. Cantu at 8546 Broadway, #234, San Antonio, Texas 78217.

18.     Defendant Tropical Fish Family Limited Partnership may be served with

summons by serving its registered agent Raul Cantu at 8546 Broadway, #234, San Antonio, Texas 78217.

19. Defendant Moonlight Family Limited Partnership may be served with summons by serving its registered agent, Raul Cantu at 8546 Broadway, #234, San Antonio, Texas 78217.

20. Defendant, Railpress Family Limited Partnership may be served with summons by serving its registered agent Raul Cantu at 8546 Broadway #234, San Antonio, Texas 78217.

21. Defendant Kwaleon Family Limited Partnership may be served with summons by serving its registered agent Raul Cantu at 8546 Broadway #234, San Antonio, Texas 78217.

22. Defendant Maria E. Lozano Trevino Family Limited Partnership may be served with summons by serving its registered agent Maria E. Lozano Trevino at 104 Sir Arthur Court, San Antonio, Texas 78213.

23. Defendant HDJ Family Limited Partnership may be served with summon by serving its registered agent Raul Cantu at 8546Broadway #234, San Antonio, Texas 78217.

### *Background*

25.     The defendant-debtor, Raul Sergio Cantu, M.D. a/ka/ Raul Sergio Cantu Willman, is a physician and surgeon who practiced medicine in San Antonio, Texas for many years.  He was married to Maria Elena Cantu (also known as Maria Elena Lozano Trevino), also a physician.  They had two sons Raul S. Cantu, Jr. and Richard Cantu, both of whom are lawyers.

26.     Over the course of the years the defendant debtor and his wife purchased considerable real estate in San Antonio, Texas, and other cities.

27.     When he began to experience financial problems the defendant debtor and his wife formed various entities including various family trusts and partnerships into which they placed most of their assets but continued to maintain control and ownership.  These various entities were shams.  They were intended by Dr. and Mrs. Cantu to shield their assets from their creditors while they remained in control and to perpetrate a fraud on their creditors in an attempt to conceal and to continue to conceal their assets from creditors.

28.     This practice was continued by Dr. and Mrs. Cantu's sons, lawyers, Richard Cantu and Raul Cantu, Jr., who unlawfully conspired with and aided and abetted their parents to fraudulently conceal their assets.  As part of this plan and scheme the Cantu sons formed various sham partnerships, corporations, trusts and other entities into which they placed their parents' assets to further conceal them and keep them from creditors and the plaintiff bankruptcy trustee.  Upon information and

belief, these entities include but are not limited to defendants Raul S. Cantu Trust, Richard Cantu Trust, Raul S. Cantu Family Limited Partnership, Raul S. Cantu Number Two Family Limited Partnership, Raul S. Cantu Number Three Family Limited Partnership, Raul S. Cantu Number Four Family Limited Partnership, Tucan, LLC, Tucan Property Management, Inc., Jackson Properties Management, Red & White Properties, Raul S. Cantu Family Limited Partnership, the Raul S. Cantu Family Foundation, Tropical Fish Family Limited Partnership, Railpress Family Limited Partnership, Moonlight Family Limited Partnership, Kwaleon Family Limited Partnership, the Maria Lozano Trevino Family Limited Partnership and the HDJ Family Limited Partnership.

29. The defendants ignored the formalities of some of these sham entities created by them. Amongst other deficiencies, they failed to: (1) conduct the required meetings; (2) keep the required books and records; (3) send the required K-1 and/or 1099 forms to partners including the plaintiff trustee; (4) notify or obtain consent from the so called partners, including the plaintiff trustee before transferring assets to other entities; (5) notify or obtain consent from the so-called partners, including the plaintiff trustee before changing partnership interests; (6) file the required reports with state and federal authorities, which in some cases resulted in the entities' forfeiture of the right to do business in the state of Texas.

30. In 1986, La Mansion Builders, Inc. filed suit against Toepperwein II Joint Venture and Raul S. Cantu in case number 86 CI 21730 A, in the 57th Judicial

District Court, Bexar County, Texas.

31.     In 1988, Converse National Bank, filed suit against the defendant debtor Raul S. Cantu, M.D. in case number 88 CI 16848, in the 73rd Judicial District Court, Bexar County, Texas.  On April 25, 1990, a judgment was rendered in favor of Converse National Bank against Raul S. Cantu, M.D. for $65,912.90 plus attorney's fees and costs of court.

32.     In 1989, Gill Savings Association filed suit against the defendant debtor, Raul S. Cantu, M.D., in case number 89 CI 04363, in the 225th Judicial District Court, Bexar County, Texas.  On January 16, 1990, a judgment was rendered in favor of Gill Savings Association against Raul S. Cantu, M.D. for $219,000.00 plus attorney's fees of $21,950.00, prejudgment interest and costs of court.

33.     In 1990, NCNB National Bank filed suit against defendant debtor Raul S. Cantu, M.D. in case number 90 CI 11535, in the 150th Judicial District Court, Bexar County, Texas.  On December 27, 1990,  a judgment was rendered in favor of NCNB National Bank against Raul S. Cantu, M.D. for $113,105.93 plus attorney's fees of $3,500.00, prejudgment interest and costs of court.

34.     On November 18, 2002, Amended Certificates of Limited Parhership were filed with the Texas Secretary of State substituting Raul S. Cantu, Jr. and Richard Cantu as general partners in the place of their parents, Raul S. Cantu and Maria Elena L. Cantu, for:

A.     The Raul S. Cantu Family Limited Partnership

B.     The Raul S. Cantu No. 2 Family Limited Partnership

C.     The Raul S. Cantu No. 3 Family Limited Partnership

D.     The Raul S. Cantu No. 4 Family Limited Partnership

35.     On December  23, 1998, the defendant-debtor, Raul S. Cantu, borrowed $64,834.29 from Laredo National Bank.  He represented to the Laredo National Bank in writing in annual financial statements that he had no liabilities and that the balance of the capital accounts of the four Raul S. Cantu Family Limited Partnerships attributable to he and his wife was $335,972.00.

36.     On November 14, 1988, Dr. Raul Cantu and his wife Maria Elena Cantu filed "The Raul S. Cantu Family Limited Partnership," with the Texas Secretary of State.

37.     On September 8, 1993, Dr. Raul Cantu and his wife Maria Elena Cantu filed "The Raul S. Cantu Number Two Family Limited Partnership," with the Texas Secretary of State.

38.     On September 8, 1993, Dr. Raul Cantu and his wife Maria Elena Cantu filed "The Raul S. Cantu Number Three Family Limited Partnership," with the Texas Secretary of State.

39.     On September 8, 1993, Dr. Raul Cantu and his wife Maria Elena Cantu filed "The Raul S. Cantu Number Four Family Limited Partnership," with the Texas Secretary of State.

40.     In 2003, the debtor-defendant, Raul Cantu, M.D. performed

unsuccessful surgery on Norma Garcia. As a result she died. This was caused by the negligence of Dr. Cantu. Her children filed a wrongful death and survivorship action against the debtor-defendant in case number 2003 CI 8000 in the 285th Judicial District Court, Bexar County, Texas, on May 27, 2003. This resulted in a judgment against Defendant Raul S. Cantu, M.D. in the amount of $1,410,000.00, on December 21, 2003. Mrs. Garcia's surviving children then filed this involuntary petition for relief on May 30, 2006. Dr. Cantu contested the petition. Relief was eventually granted by Order entered December 13, 2006.

41. At the time Dr. Cantu performed the unsuccessful surgery on Mrs. Garcia, he was married to Maria Elena Cantu. Both Dr. Cantu and his wife accumulated considerable community property during their marriage. Unfortunately, Dr. Cantu's marriage to his wife was unsuccessful as well and resulted in divorce. Their divorce was granted after the date of the wrongful death judgment in favor of Norma Garcia's children.

42. On February 9, 2006, the Internal Revenue Service filed a Notice of Federal Tax Lien in the amount of $29,591.52 against the Defendant Debtor Raul S. Cantu, M.D. in the Official Public Records of Real Property of Bexar County, Texas. This lien attaches to all real property in which he has an interest directly or indirectly including the real property made the basis of this lawsuit.

43. On February 21, 2007, Defendant, Raul Cantu, filed "Kwaleon Familiy Limited Partnership," with the Texas Secretary of State. Railpress is the general

partner.

44. On March 5, 2007 , Defendant Raul Cantu filed "Railpress Family Limited Partnership" with the Texas Secretary of State. Kwaleon is the general partner.

45. On April 2, 2007, Defendant Raul Cantu filed "Moonlight Family Limited Partnership" with the Texas Secretary of State. Railpress Family Limited Partnership is the general partner.

46. On August 2, 2007, Defendant Raul Cantu filed "Tropical Fish Family Limited Parhership" with the Texas Secretary of State. Railpress, FLP is the general partner.

### *Grounds for Denial of Discharge*

47. The defendant-debtor, Raul S. Cantu, M.D., was duly noticed to appear at a Rule 2004 examination, scheduled by the plaintiff trustee. The defendant-debtor filed a motion to quash. The motion was denied on July 26, 2006 and the defendant-debtor was ordered to appear and produce records. The order denying the motion to quash was signed on 31 July, 2006.[Dkt. #14] Such order also directed the defendant-debtor to bring the documents contained in the Rule 2004 notice with him and present himself for examination on 31 July, 2006. The defendant wilfully failed to appear or to produce a single document as so ordered by the Court. This conduct constitutes violations of 11 U.S.C. §727(a)(4)(D) and (6)(A) and warrants the denial of the defendant-debtor's discharge.

48. On December 14, 2006, the Court entered an Order for Relief in this case [Dkt.#26]. Such order directed the debtor-defendant, Raul Sergio Cantu, M.D. "To file a Matrix and Schedules within fifteen (15) days form the date of entry of this Order." The defendant wilfully failed to file such matrix and schedules. In fact almost two years have passed since the entry of such order and the defendant still has not complied with such order. This conduct constitutes violations of 11 U.S.C. §727(a)(3),(4)(D) and (6)(A) and warrants the denial of the defendant-debtor's discharge.

49. On April 16, 2007, this Court entered and Order Granting Joint Motion to Compel Turnover and For Compliance with Court Order Directing the Debtor File Schedules, List of Creditors and Statement of Financial Affairs. [Dkt. #34]. Such order directed that "the debtor, Raul Sergio Cantu, M.D., shall file full and complete verified bankruptcy schedules and statement of financial affairs with the clerk of this court and serve copies upon counsel for the Trustee and Petitioning Creditors by April 13, 2007." The defendant wilfully failed to file such matrix and schedules. More than a year has passed since the entry of such order and the defendant still has not complied with such order. He has not filed schedules or a statement of financial affairs and required by such order of this Court. This conduct constitutes violations of 11 U.S.C. §727(a)(3),(4)(D), (5) and (6)(A) and warrants the denial of the defendant-debtor's discharge.

50. On April 23, 2008, the Court entered an Order Granting in Part and

Denying in Part Joint Motion for Contempt. Such Order held the debtor in contempt for violating the aforesaid orders. He has not purged himself of contempt for complying with such orders. He continues to violate them.

### *Liability of Dr. Cantu's Marital Estate*

51. Pursuant to §3.202(d) of the Texas Family Code," all community property is subject to tortuous liability of either spouse incurred during marriage." Upon information and belief, all of the property awarded to Maria Elena Cantu in her divorce from the debtor-defendant, Raul Cantu, M.D., was community property, and remains subject to the claims of the Garcia children and the plaintiff bankruptcy trustee herein. The plaintiff seeks to recover such property or its value from defendant, Maria Elena Lozano Trevino f/k/a Maria Elena Cantu, and/or the imposition of a constructive or resulting trust as to such property acquired with the proceeds of the community property awarded to her by the court in her divorce proceeding. The plaintiff also seeks declaratory judgment as to such liability pursuant to section 37 of the Texas Civil Practice and Remedies Code and 28 U.S.C. §2201-2202. Such property and/or its value is also recoverable pursuant to 11 U.S.C. §544, 548 and 549 and §24-27 of the Texas Business and Commerce Code.

### *Recovery of Avoidable Transfers*

52. Defendant Raul S. Cantu, M.D. aided and abetted by his spouse and sons, defendants Raul Cantu, Jr. and Richard Cantu entered into a scheme and/or

conspiracy to conceal his assets from creditors. This process, upon information and belief began in the 1980's and continues through today. It represents a continuous fraud in violation of the fraudulent conveyance laws of the State of Texas and 11 U.S.C. §§544 and 548. The properties so transferred and/or concealed remained the property of Defendant Raul S. Cantu, M.D. and subsequently to his bankruptcy estate. As part of this continuing fraud and scheme, numerous parcels of real property, including but not limited to those set forth on the attached exhibit (obtained from his divorce lawyer's files), owned in whole or in part by Defendant Raul S. Cantu, M.D. were placed into various trusts, partnerships or other entities including those entities set forth above. The properties were then transferred, much like a shell game, from one entity to another, many of which were created by Dr. Cantu's sons after the date of this involuntary bankruptcy proceeding. Dr. and Mrs. Cantu's general partnership interests, upon information and belief, were transferred to their lawyer sons, defendants Raul S. Cantu, Jr. and Richard Cantu, for no or inadequate consideration and should be set aside. In fact, all of the transfers of the property made the basis of this lawsuit should be set aside and restored to the defendant-debtor's bankruptcy estate so it can liquidated and sold free and clear of liens pursuant to 11 U.S.C. §363 and the rights of secured parties determined pursuant to 11 U.S.C. §506. The conspirators grew so brazen and sloppy that they transferred some of the subject properties in single deeds conveying numerous parcels of land improperly naming the grantor and affixing a signature block which

did not match the grantor. It is questionable as to whether some of these instruments actually conveyed title. Other conveyances were dated in the 1990's but not recorded until some ten (10) years later and in some cases after the filing of this involuntary bankruptcy case. Representative samples of some of such conveyances are attached hereto and are incorporated by reference herein.

Each of the transfers at issue were made with the actual intent to hinder, delay or defraud any creditor of the defendant debtor. Some if not all of the transfers were made without receiving a reasonably equivalent value in exchange for the transfer. As a result of the series of transfers the debtor became insolvent or was rendered insolvent. The debtor has intentionally violated the duties imposed upon him to cooperate with the plaintiff bankruptcy trustee. He has disobeyed multiple court orders requiring disclosures of assets and transfers of assets. This has delayed the plaintiff's seeking recovery of avoidable transfers, many of which are still unknown to the plaintiff.

53. The plaintiff requests declaratory judgment that each of the transfers of the debtor's estate's property or of the defendants' partnership property and/or partnership interests be declared null and void pursuant to 28 U.S.C. §2201-2202 and section 37 of the Texas Civil Practices and Remedies Code as well as sections 24 and 27 of the Texas Business and Commerce Code and 11 U.S.C. §§544, 548 and 549.

### *Sale of Estate Property Free and Clear of Liens*

54. The properties at issue or interests in the properties at issue are property of the defendant debtor's estate pursuant to 11 U.S.C. §541. These must be liquidated by the plaintiff trustee.

55. The defendant entities into which the defendant debtor's property has been transferred should be declared his alter egos and/or dissolved. In the alternative they should be dissolved and the assets turned over to the plaintiff for liquidation as part of the debtor's estate. In the event that the debtor's assets have been sold or otherwise liquidated, a constructive or resulting trust should be imposed upon those assets which were acquired with such proceeds. A money judgment should be granted against those defendants who have otherwise expended such proceeds belonging or attributable to the debtor's estate.

56. Once recovered the properties and estate assets recovered should be ordered sold free and clear of liens and the interests of co-owners, if any, as may be determined by the Court, pursuant to 11 U.S.C. §§363 and 506.

### *Breach of Fiduciary Duties*

57. Defendants Raul S. Cantu, Jr., Richard Cantu and Maria Elena L.Cantu, are insiders within the meaning of the Bankruptcy Code. As such and as alleged partners, custodians, attorneys (with respect to the Cantu sons), and trustees, officers, managers or persons in control of the defendant transferee entities, they each owed the plaintiff and the debtor-defendant various fiduciary duties. They each

breached such duties owed to the debtor to the plaintiff bankruptcy trustee by allowing or participating in the transfers and other misconduct made the basis of this lawsuit to the detriment of the defendant debtor and his bankruptcy estate. When parties to a fiduciary relationship enter to a transaction amongst themselves, there is an equitable presumption that the transaction was unfair to the party who did not profit or benefit from the transaction which in this case is the bankruptcy trustee as successor in interest to the defendant debtor. Such breaches have caused the plaintiff trustee to sustain damages, the exact amount and full extent of which are unknown at this time. Nevertheless, the plaintiff seeks to recover from such individuals damages and exemplary damages for such breach of fiduciary duties together with reasonable attorney's fees and prejudgment interest.

### *Request for Accounting and for Temporary Injunction*

58. The transactions made the basis of this suit are so numerous that many may not be known to the plaintiff or otherwise appear of record. Pursuant to Texas partnership and corporate law the plaintiff is entitled to an accounting from the Defendant corporations, partnerships, trusts and Dr. Cantu's former spouse and her to defendant sons. Upon information and belief one of such sons is an accountant in addition to being a member of the Texas Bar. The plaintiff requests that such persons and entities provide the plaintiff with a full accounting showing the acquisition, income, distributions and title and value of each of the properties made the basis of this lawsuit and the proceeds therefrom, if any. The plaintiff requests

temporary orders in such regard as well as a temporary injunction to maintain the status quo and to prevent any further transfers of estate property.

59.     To the extent any of the defendants have possession of the defendant debtor's books and records and tax returns, they should be ordered to turnover the same to the plaintiff trustee pursuant to 11 U.S.C. §§542 and 543.

WHEREFORE, PREMISES CONSIDERED, the plaintiff prays that defendants be cited to appear and answer and that plaintiff do have and recover of and from the defendants actual damages, exemplary damages, prejudgment interest, temporary and permanent injunctive relief, avoidance of the transfers at issue, declaratory judgment, turnover, an accounting, authority to sell the recovered assets free and clear of liens,  attorneys fees, costs of court and for such other and further relief to which he may be entitled.

Dated: 13 December, 2008.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, Texas 78230
(210) 694-0300
(210) 690-9886 Telecopier

By:   /s/Martin Seidler
        MARTIN SEIDLER, SBN 18000800
        ATTORNEY FOR PLAINTIFF
        JOHNNY W. THOMAS
        CHAPTER 7 TRUSTEE

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 19 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu Medical Assn. Money Purchase Plan | 3102 West Avenue | NCB 9665 BLK 1 LOT 12 | $ 68,400.00 | $ 75,000.00 | $ 75,000.00 | Bexar |
| Cantu, Maria Elena M.D. | 3000 Northwest Expy | 003000 00 Northwest Expy   ReL 90902 078 0500 | $           - | $           - | | Bexar |
| Cantu, Maria Elena* | 3108 Elm, Laredo, TX 78043 | LOT 10 BLK 1961 ED | $ 134,820.00 | $ 134,820.00 | | Webb |
| Cantu, Maria Elena* | 3106 Elm, Laredo, TX 78043 | LOT 11 BLK 1961 ED | $ 118,910.00 | $ 118,910.00 | | Webb |
| Cantu, Maria Elena* | 3906 Calle Acapulco, Laredo, TX | LOT 3 BLK 1 LOS PRESIDENTES II | $ 78,280.00 | $ 82,640.00 | | Webb |
| Cantu, Maria Elena* et al | 1118 Dakota St Robstown, TX | Casa Blanca- RBST Lots 1 & 2 Blk 6 | $ 19,108.00 | $ 20,468.00 | | Nueces |
| Cantu, Raul | 2022 Barney Avenue | NCB 11352 BLK 19    LOT 17 | $ 38,300.00 | $ 41,500.00 | | Bexar |
| Cantu, Raul | 13738 Earlywood | NCB 16273 BLK 1    LOT 35 | $ 58,400.00 | $ 58,400.00 | | Bexar |
| Cantu, Raul | 8407 Clear Meadow | CB 5063G BLK 6 LOT 40 | $ 53,000.00 | $ 53,000.00 | | Bexar |
| Cantu, Raul Jr. Trust | 3823 Sherril Brook | NCB 14077 BLK LOT 6 | $ 65,000.00 | $ 65,000.00 | | Bexar |
| Cantu, Raul Jr. Trust | 15131 Eagle Run | NCB 17799 BLK 8    LOT 10 | $ 69,400.00 | $ 69,400.00 | | Bexar |
| Cantu, Raul Jr. Trust | 3818 Candlecrown Ct. | CB 5092H BLK 1 LOT 31 CANDLEWOOD PARK UT 5 | $ 43,000.00 | $ 45,000.00 | | Bexar |
| Cantu, Raul Jr. Trust c/o Carlos Ferreyro/TR | 7375 Longing Trail | CB 5080C BLK 17    LOT 19 VENTURA SUBD UNIT 9 | $ 67,200.00 | $ 67,200.00 | | Bexar |
| Cantu, Raul Jr. Trust c/o Dr. Raul Cantu | 14014 Flairwood | NCB 16863 BLK 12    LOT 9 | $ 57,500.00 | $ 57,500.00 | | Bexar |
| Cantu, Raul No 4 Family | 1121 Basse Road | NCB 10115 BLK    LOT 15B & 15C | $ 68,700.00 | $ 82,500.00 | | Bexar |
| Cantu, Raul S & Maria Elena | 119 Jackson Keller | NCB 10060 BLK 13    LOT 7 | $ 181,500.00 | $ 181,500.00 | | Bexar |

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 20 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S & Maria Elena | 0 Palo Alto Road (VACANT LAND) | NCB 11186 BLK LOT TR 11D EXC N TRI 46.63 FT | $ 104,200.00 | $ 104,200.00 | | Bexar |
| Cantu, Raul S, Family Ltd Ptshp | 318 Roslyn Ave. | NCB 6286 BLK 43 LOT 6 | $ 24,400.00 | $ 24,400.00 | | Bexar |
| Cantu, Raul S. | 822 Sewanee Street | NCB 10306 BLK 5 LOT 6 | $ 34,400.00 | $ 34,400.00 | | Bexar |
| Cantu, Raul S. | 311 Mally Blvd. E. | NCB 12821 BLK 1 LOT 11 | $ 32,700.00 | $ 31,200.00 | | Bexar |
| Cantu, Raul S. | 3003 Redstart Drive | NCB 14562 BLK 12 LOT 15 | $ 32,400.00 | $ 32,400.00 | | Bexar |
| Cantu, Raul S. | 2510 Pollote Drive | NCB 14998 BLK 6 LOT 14 | $ 28,200.00 | $ 28,200.00 | | Bexar |
| Cantu, Raul S. | 219 Westoak Road | NCB 15582 BLK 003 LOT 5 | $ 42,360.00 | $ 42,360.00 | | Bexar |
| Cantu, Raul S. | 4030 Sunrise Pass | NCB 16612 BLK 2 LOT 128 (SUNRISE UT-4) "SUNRISE" ANNEXATION | $ 38,200.00 | $ 38,200.00 | | Bexar |
| Cantu, Raul S. | 1106 Hammond Avenue | NCB 3309 BLK 41 LOT 2 | $ 36,900.00 | $ 36,900.00 | | Bexar |
| Cantu, Raul S. | 1342 Agarita Avenue W. | NCB 3253 BLK 86 LOT 3 | $ 29,000.00 | $ 35,000.00 | | Bexar |
| Cantu, Raul S. | 2039 McKinley Avenue | NCB 3801 BLK 6 LOT 43, 44 & 45 | $ 36,000.00 | $ 36,000.00 | | Bexar |
| Cantu, Raul S. | 845 Schley Ave. | NCB 6443 BLK 36 LOT 22 | $ 32,700.00 | $ 32,700.00 | | Bexar |
| Cantu, Raul S. | 533 Mayfield Blvd. W. | NCB 7850 BLK LOT S 150 FT OF 412 | $ 32,500.00 | $ 32,500.00 | | Bexar |
| Cantu, Raul S. | 338 Verne St. | NCB 9318 BLK 18 LOT 1 | $ 33,300.00 | $ 33,300.00 | | Bexar |
| Cantu, Raul S. #1 Family | 104 Sir Arthur Court | CB 5007A BLK 7 LOT 11 | $ 236,000.00 | $ 256,700.00 | | Bexar |

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 21 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. #3 Family Ltd Ptshp | 4901 State Hwy. 361 Port Aransas, TX 78373 | MUSTANG IS SEC 3- EL CORTEZ VILLA - UNIT 135 BLDG O BLK 1 IMPTS 1.225 INT CE OUT LTS 7D-8E | $ 31,754.00 | $ 43,263.00 | $ 43,263.00 | Nueces |
| Cantu, Raul S. & Maria Elena | 107 Sir Arthur Ct. | CB 5007A BLK 8 LOT 3 | $ 230,000.00 | $ 228,400.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 246 Readwell Dr. | NCB 10638 BLK 4 LOT 8 | $ 25,000.00 | $ 25,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 2653 Quintana Road | NCB 11301 BLK 33   LOT 1 | $ 12,700.00 | $ 12,700.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 434 Amaya Street | NCB 11329 BLK 9   LOT 16 & 17 | $ 20,000.00 | $ 20,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 423 Ackard Place E. | NCB 11756 BLK 30   LOT 18 | $ 47,500.00 | $ 50,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 451 Rexford Drive | NCB 12095 BLK 26   LOT 26 | $ 55,000.00 | $ 58,300.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 3631 Southport Drive | NCB 12846 BLK 1 LOT 8 | $ 38,300.00 | $ 38,300.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 6411 Laurelhill Drive | NCB 13399 BLK2 LOT 17 | $ 24,960.00 | $ 28,200.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 6503 Laurelhill Drive | NCB 13399 BLK 2 LOT S IRR 68.60 FT OF 16 | $ 18,960.00 | $ 18,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 9610 Wikieup St. | NCB 14429 BLK 5 LOT 8 | $ 4,190.00 | $ 5,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 9696 Wikieup St. | NCB 14429 BLK 5 LOT 7 | $ 4,340.00 | $ 5,200.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 3147 Coconino Dr. | NCB 14425 BLK 1   LOT 28 | $ 32,700.00 | $ 34,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 9311 Odem Street | NCB 14458 BLK 1 LOT 3 | $ 35,300.00 | $ 39,800.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 2518 Gibbens Drive | NCB 14997 BLK 5 LOT 9 | $ 27,400.00 | $ 27,400.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 204 Hwy. 16 S. | NCB 14993 BLK 1 LOT S | $ 15,000.00 | $ 15,000.00 | | Bexar |

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. Family Ltd Ptshp | 6215 Stone Valley | NCB 15237 BLK 140 LOT 227 | $ 34,800.00 | $ 35,500.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 191 Lelani Place | NCB 15275 BLK 032 LOT 19 | $ 28,200.00 | $ 28,200.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 8643 Elk Runner | NCB 15978 BLK 8 LOT 64 | $ 15,630.00 | $ 29,400.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1338 Mulbery Avenue W. | NCB 3254 BLK 85 LOT 3 | $ 38,000.00 | $ 48,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1338 Agarita Avenue W. | NCB 3253 BLK 86 LOT 4 & SW TRI 23.8 FT OF 5 | $ 45,300.00 | $ 46,800.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1107 McKinley Avenue | NCB 3373 BLK 105 LOT 12 | $ 35,900.00 | $ 35,900.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 942 Schley Avenue | NCB 3371 BLK 103 LOT 15 | $ 51,200.00 | $ 51,200.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 643 Barrett Place | NCB 3502 BLK 19 LOT 43 & 44 | $ 28,200.00 | $ 28,200.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 347 Taft Blvd. | NCB 3498 BLK 15 LOT 37 & 38 | $ 25,100.00 | $ 25,100.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 2038 Hicks Avenue | NCB 3806 BLK 11 LOT 19 & 20 | $ 35,300.00 | $ 35,300.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1902 Hicks Avenue | NCB 3805 BLK 1O LOT 1, 2 AND W. 15 FT OF 3 | $ 44,500.00 | $ 44,500.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 838 Schley | NCB 6443 BLK 36 LOT 20 | $ 24,500.00 | $ 24,500.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1126 Kirk Pl. | NCB 6777 BK 3 LOT S 240.2 OF E 8.6 OF S 240.2 OF 16 | $ 1,500.00 | $ 6,400.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1128 Kirk Pl. | NCB 6777 BK 3 LOT E 8.6 FT OF N 215 FT OF 16 & N 215 FT OF 17 | $ 23,520.00 | $ 23,520.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 139 2 Pickford St. | NCB 7476 BLK 8 LOT 15 | $ 5,100.00 | $ 5,100.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 326 Belden Ave. | NCB 7709 BLK 17 LOT 13 & 14 | $ 33,500.00 | $ 33,500.00 | | Bexar |

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 22 of 42

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 23 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. Family Ltd Ptshp | 928 Pyron Ave. W. | NCB 7848 BLK LOT 236 B | $ 43,900.00 | $ 43,900.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 533 Mayfield Blvd. W. | NCB 7850 BLK LOT N 93.28 FT OF 352.8' OF TR 412 | $ 7,300.00 | $ 7,300.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1523 Flanders Ave. | NCB 7941 BLK 19 LOT N IRR 97.92 FT OF 61 | $ 12,900.00 | $ 12,900.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 2207 Wildwood Dr. W. | NCB 8421 BLK 34 LOT 21& 22 | $ 38,000.00 | $ 38,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 202 Plainview Dr. | NCB 8639 BLK 5 LOT 50 | $ 6,200.00 | $ 32,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 206 Lovett Ave. | NCB 8747 BLK 9 LOT N 150 FT OF 9 | $ 6,900.00 | $ 6,900.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1110 McCauley Dr. | NCB 9783 BLK 6 LOT 7 | $ 27,700.00 | $ 27,700.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 1114 McCauley Dr. | NCB 9783 BLK 6 LOT 6 | $ 22,500.00 | $ 22,500.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 0 IH 35 S | NCB9783 BLK 6 LOT 4 THRU 5 | $ 7,200.00 | $ 15,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 0 McCauley Ave. | NCB 9780 BLK 3 LOT NOW IRR 57.5 FT OF 1 & NW IRR 39.3 FT OF 2 | $ 500.00 | $ 500.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp | 3243 Cato Blvd. | NCB 9807 BK LOT 23 | $ 32,500.00 | $ 35,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp #1 | | LOTS 19TH22 BLK 13 BRENTWOOD HILLS S/D | $ 2,800.00 | $ 2,800.00 | | Atascosa |
| Cantu, Raul S. Family Ltd Ptshp #1 | 1122 Essex Street | NCB 1642 BLK 8 LOT 15, 16 | $ 20,000.00 | $ 20,000.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp #2 | 3518 Oak Heath Street | NCB 17825 BLK 7 LOT 56 | $ 78,700.00 | $ 83,200.00 | | Bexar |

3128553
121844.00001.

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 24 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. Family Ltd Ptshp #3 | 6317 St. Hwy 361; Port Aransas, TX 78373 | PORT ROYALE BY THE SEA CONDO BLDG B UNIT 3206 & .4940101 % INT IN GCE (FORMERLY UNIT 206) | $ 90,688.00 | $ 90,688.00 | $ 148,167.00 | Nueces |
| Cantu, Raul S. Family Ltd Ptshp #3 | 6317 St. Hwy 361; Port Aransas, TX 78373 | PORT ROYALE BY THE SEA CONDO BLDG D UNIT 5101 & .6487515 % INT IN GCE (FORMERLY UNIT 101) | $ 141,412.00 | $ 141,412.00 | $ 185,921.00 | Nueces |
| Cantu, Raul S. Family Ltd Ptshp #4 | 8767 Shallow Ridge | CB 5052J BLK 8 LOT 16 CAMELOT UT-82 | $ 68,700.00 | $ 68,700.00 | | Bexar |
| Cantu, Raul S. Family Ltd Ptshp #4 | 4810 Castle Inn Drive | NCB 17733 BLK 18   LOT 32 | $ 35,000.00 | $ 35,000.00 | | Bexar |
| Cantu, Raul S. Family Ptshp # 4 | 502 Mt. Vernon Ct. | NCB 7624 BLK 22 LOT 1 | $ 35,800.00 | $ 36,500.00 | | Bexar |
| Cantu, Raul S. Jr. Trust | 2711 I Hwy 16 S. | NCB 14993 BLK 1   LOT N  200.01 FT of 1 | $ 20,000.00 | $ 26,000.00 | | Bexar |
| Cantu, Raul S. Jr. Trust | 6317 St. Hwy 361  Port Aransas, TX 78373 | PORT ROYALE BY THE SEA CONDO BLDG D UNIT 5203 & .6487515 % INT IN GCE (FORMERLY UNIT 203) | $ 141,412.00 | $ 141,412.00 | $ 185,921.00 | Nueces |
| Cantu, Raul S. Jr.Trust & Cantu, Richard Trust | 602 Malone Street W. | NCB 2837 BLK 7 LOT 6 | $ 29,100.00 | $ 29,100.00 | $ 29,100.00 | Bexar |
| Cantu, Raul S. Jr.Trust & Cantu, Richard Trust | 606 Malone Street | NCB 2837 BLK 7 LOT 5 | $ 29,100.00 | $ 28,200.00 | | Bexar |
| Cantu, Raul S. No 3 Family Ltd Ptshp | 1000 Station St N #607, Port Aransas, TX | CLINES LANDING CONDO - PA UNIT 607 & 1.2075 % INT IN GCE | $ 197,151.00 | $ 250,692.00 | $ 250,692.00 | Nueces |
| Cantu, Raul S. Trust | 422 Bradley Street | NCB 11228 BLK 12   LOT 6 | $ 10,100.00 | $ 10,100.00 | | Bexar |
| Cantu, Raul S. Trust | 5106 Bartmer Avenue | NCB 11485 BLK 10   LOT 8 | $ 17,390.00 | $ 17,390.00 | | Bexar |

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 25 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. Trust | 1225 Gevers Street South | NCB 1603 BLK 13 LOT S 100 FT OF E 20 FT OF 51 & S 100 FT OF 52 | $ 9,400.00 | $ 9,400.00 | | Bexar |
| Cantu, Raul S. Trust | 104 Sun Street | NCB 2909 BLK 11 LOT N 37.5 FT OF 2 | $ 22,500.00 | $ 22,500.00 | | Bexar |
| Cantu, Raul S. Trust | 1331 Mulberry Avenue W. | NCB 3253 BLK 86 LOT 25 | $ 225,000.00 | $ 347,500.00 | | Bexar |
| Cantu, Raul S. Trust | 1333 Mulberry Avenue W. | NCB 3253 BLK 86 LOT 15 | $ 34,000.00 | $ 38,000.00 | | Bexar |
| Cantu, Raul S. Trust | 1351 Mulberry Avenue W. | NCB 3253 BLK 86 LOT 13 | $ 46,900.00 | $ 34,800.00 | | Bexar |
| Cantu, Raul S. Trust | 1631 Elmendorf Street S. | NCB 3699 BLK 40 LOT 37 | $ 15,000.00 | $ 15,000.00 | | Bexar |
| Cantu, Raul S. Trust | 507 Glenn Avenue W. | NCB 3912 BLK 9 LOT 45 & 46 | $ 22,300.00 | $ 22,300.00 | | Bexar |
| Cantu, Raul S. Trust | 15980 IH 35 S | CB 5737 BLK 73 LOT S PT OF 10 | $ 89,000.00 | $ 89,000.00 | | Bexar |
| Cantu, Raul S. Trust | 339 Bank St. | NCB 6170 BLK 1 LOT 12 | $ 19,400.00 | $ 19,400.00 | | Bexar |
| Cantu, Raul S. Trust | 1521 Zarzamora St. N. | NCB 6685 BLK LOT 26 & 27 | $ 7,600.00 | $ 6,600.00 | | Bexar |
| Cantu, Raul S. Trust | 1523 Zarzamora St. N. | NCB 6685 BLK LOT 25 | $ 3,400.00 | $ 3,400.00 | | Bexar |
| Cantu, Raul S. Trust | 1908 Laurel St. W. | NCB 6685 BLK LOT 23 & 24 | $ 14,000.00 | $ 14,000.00 | | Bexar |
| Cantu, Raul S. Trust | 1910 Laurel St. W. | NCB 6685 BLK LOT 22 | $ 9,500.00 | $ 9,500.00 | | Bexar |
| Cantu, Raul S. Trust | 434 Vanderbilt St. | NCB 6838 BLK LOT 2 | $ 45,000.00 | $ 45,000.00 | | Bexar |
| Cantu, Raul S. Trust | 1214 Pyron Ave. W. | NCB 78450 LOT 435-3 | $ 37,800.00 | $ 37,800.00 | | Bexar |
| Cantu, Raul S. Trust | 1252 Flanders Ave. | NCB 8968 BLK 4 LOT S 145.83 FT OF E 50 FT OF 2 | $ 16,100.00 | $ 16,100.00 | | Bexar |
| Cantu, Raul S. Trust | 869 Crystal St. | NCB 8964 BLK 5 LOT 34 | $ 18,100.00 | $ 18,100.00 | | Bexar |

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Raul S. Trust | 2311 Woodlawn Ave. W. | NCB 9082 BLK LOT 22 | $ 42,300.00 | $ 45,600.00 | | Bexar |
| Cantu, Raul S. Trust | 255 Pamela Dr. | NCB 9519 BLK 10 LOT 36 | $ 34,000.00 | $ 40,200.00 | | Bexar |
| Cantu, Raul S. Trust | 122 Mazzurana Pl. | NCB 9565 BLK LOT 6 | $ 24,000.00 | $ 24,000.00 | | Bexar |
| Cantu, Raul S./Trust | 10304 Roosevelt Street | NCB 15645 BLK 016 LOT 3 | $ 800.00 | $ 900.00 | | Bexar |
| Cantu, Raul S./Trust | 10304 Roosevelt Street | NCB 15645 BLK 016 LOT 1 & 2 | $ 1,700.00 | $ 1,800.00 | | Bexar |
| Cantu, Raul Sr. & Mary E. | 2879 W. San Antonio St., New Braunfels, TX 78130 | A-2 SUR-1 VOIGHT EXT 1 (LOT 73 X 115) | | $ 77,350.00 | | Comal |
| Cantu, Raul, Jr Trust | 7319 Clearwater | NCB 18656 BLK 6 LOT 7 One North Place UT 3 (Timber Creek Annex | $ 50,900.00 | $ 55,000.00 | | Bexar |
| Cantu, Raul, Jr Trust | 11042 Almond Park | NCB 19090 BLK 3 LOT 11 (Parkwood UT-1) "Hausman/Prue Rd. Annexation | $ 76,300.00 | $ 76,300.00 | | Bexar |
| Cantu, Raul, Jr Trust | 822 Everest Avenue | NCB 10119 BLK 7 LOT 6 | $ 49,800.00 | $ 49,800.00 | | Bexar |
| Cantu, Raul, Jr Trust | 218 Dryden Drive | NCB 10981 BLK 18 LOT 12 | $ 56,700.00 | $ 63,000.00 | | Bexar |
| Cantu, Raul/Red & White Prop | 1383 Fenfield Ave. | NCB 8633 BLK 57 LOT 34 & W 27 FT OF 35 | $ 4,400.00 | $ 4,400.00 | | Bexar |
| Cantu, Richard Trust | 238 Golden Crown | NCB 10161 BLK G LOT 6 | $ 47,700.00 | $ 47,700.00 | | Bexar |
| Cantu, Richard Trust | 702 Brookview Drive | NCB 11798 BLK 42 LOT 9 | $ 46,800.00 | $ 46,800.00 | $ 62,100.00 | Bexar |
| Cantu, Richard Trust | 1975 Rayburn Drive | NCB 12492 BLK 3 LOT 20 | $ 38,000.00 | $ 38,000.00 | | Bexar |
| Cantu, Richard Trust | 8818 Larkia Lane | NCB 14995 BLK 3 LOT 20 | $ 32,500.00 | $ 32,500.00 | | Bexar |

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 26 of 42

3128553
121844.00001

# CANTU DIVORCE: PROPERTIES

06-50950-lmc Doc#53 Filed 12/12/08 Entered 12/12/08 16:08:13 Main Document Pg 27 of 42

| Owner | Address | Legal Description | 2000 Value | 2001 Value | 2002 Value | County |
|---|---|---|---|---|---|---|
| Cantu, Richard Trust | 150 Ithaca Drive | NCB 15204 BLK 027 LOT 4 | $ 28,000.00 | $ 33,000.00 | $ 33,000.00 | Bexar |
| Cantu, Richard Trust | 1511 Durango St. W. | NCB 2371 BLK 8 LOT 19 | $ 38,000.00 | $ 38,000.00 | $ 38,000.00 | Bexar |
| Cantu, Richard Trust | 1345 Mulberry Av. W. | NCB 3253 BLK 86 LOT 14 | $ 47,900.00 | $ 47,900.00 | $ 56,900.00 | Bexar |
| Cantu, Richard Trust | 246 Pendleton Ave. | NCB 6184 BLK LOT 325 & E 12.5 FT OF 326 | $ 24,400.00 | $ 24,400.00 | | Bexar |
| Cantu, Richard Trust | 2130 Pasadena St. | NCB 6179 BLK 8 LOT 3 | $ 34,000.00 | $ 34,000.00 | | Bexar |
| Cantu, Richard Trust | 1319 Woodlawn Ave. W. | NCB 6480 BLK 1 LOT 46, W 12.5 FT OF 45 & E 12.5 FT OF 47 | $ 49,500.00 | $ 52,500.00 | $ 52,500.00 | Bexar |
| Cantu, Richard Trust | 106 North Dr. | NCB 6705 BLK 15 LOT 27 | $ 57,300.00 | $ 57,300.00 | $ 59,800.00 | Bexar |
| Cantu, Richard Trust | 1418 Wildwood Dr. W. | NCB 7114 BLK 121 LOT 6 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | Bexar |
| Cantu, Richard Trust | 915 Clower St. | NCB 7221 BLK 106 LOT 14 | $ 33,900.00 | $ 36,700.00 | $ 36,700.00 | Bexar |
| Cantu, Richard Trust | 1946 Lennon Ave. | NCB 7628 BLK 3 LOT 12 | $ 27,300.00 | $ 28,500.00 | $ 28,500.00 | Bexar |
| Cantu, Richard Trust | 229 Avondale Ave. | NCB 7627 BLK 2 LOT 30 | $ 37,300.00 | $ 42,600.00 | $ 42,600.00 | Bexar |
| Cantu, Richard Trust | 706 Hoover Ave. | NCB 9166 BLK 8 LOT 10 | $ 33,200.00 | $ 34,600.00 | $ 34,600.00 | Bexar |
| Cantu, Richard Trust | 219 Pennystone Ave. | NCB 9620 BLK 25 LOT 23 | $ 40,000.00 | $ 40,000.00 | | Bexar |
| Cantu, Richard Trust | 422 Kashmuir Place | NCB 9769 BLK 2 LOT 19 | $ 44,900.00 | $ 44,900.00 | | Bexar |
| Ferreyro, Carlos, Trustee for Raul Cantu, Jr.Trust | 430 Pinehurst Bv. | NCB 13277 BLK 2 LOT 41 | $ 49,100.00 | $ 48,000.00 | | Bexar |
| Ferreyro, Carlos, Trustee for Raul Cantu, Jr.Trust | 4846 Castle Bow Drive | NCB 15801 BLK 011 LOT 28 | $ 35,000.00 | $ 35,000.00 | | Bexar |
| TOTALS | | | $ 5,873,785.00 | $ 6,315,025.00 | $ 1,404,764.00 | |

3128553
121844.00001

# WARRANTY DEED

STATE OF TEXAS

COUNTY OF BEXAR

KNOW ALL MEN BY THESE PRESENTS:

**Date:** July 15, 1987

**Grantor:** RAUL S. CANTU

**Grantor's Mailing Address:**
**(Including County)**
343 W. Houston, Suite 912
San Antonio, Bexar County, TX 78205

**Grantee:** RICHARD CANTU, TRUST

**Grantee's Mailing Address:**
**(Including County)**
343 W. Houston, Suite 912
San Antonio, Bexar County, TX 78205

**Consideration:** The sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged.

**Property: (Including any improvements)**

Lots 21 and 22, Block 34, New City Block 8421, KINGSTON HEIGHTS TERRACE, in the City of San Antonio, Bexar County, Texas.

**Reservations from and Exceptions**
**to Conveyance and Warranty:**

Provided however, this conveyance is made subject to any and all conditions, restrictions, easements, covenants and/or reservations of record in the office of the County Clerk of Bexar County, Texas, as the same may effect the herein described real property and if the same be still effective.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to warrant and forever defend all and singular the property to Grantee and Grantee's executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires, singular nouns and pronouns include the plural.

09-13-88 0315106 0170658 $3.00 Y 01 01963

_____
**RAUL S. CANTU**

STATE OF TEXAS

COUNTY OF BEXAR

This instrument was acknowledged before me on the 16th day of July A.D. 19 87 by RAUL S. CANTU.

_____
Notary Public, State of Texas

My Commission Expires: _____

**After Recording Return to:**

Richard Cantu, Trust
343 W. Houston, Suite 912
San Antonio, TX 78205

ROSIE GONZALES
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES 3-14-89



SEP 14 1988

SCANNED



LT1-77-20070147774-1

## Warranty Deed

**Date:** June 18, 2007

# NCB 9807 BLK LOT 23

**Grantor:** Raul S Cantu Family Limited Partnership # 1

**Grantee:** Moonlight FLP.

**SEND TAX BILLS AND ALL NOTICE to:**

C/O John Smith
8546 Broadway # 234
San Antonio, Tx. 78217

**Property:**

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on :

**JUN 2 6 2007**

COUNTY CLERK BEXAR COUNTY, TEXAS

| Property | Legal |
|---|---|
| 2207 Wildwood, San Antonio, TX | Lot 21 AND 22, Block 34, NCB 8421   XXX |
| 6215 Stone Valley, San Antonio, TX | Lot 227, Block 140, NCB 15237   XXXX |
| 1107 Mckinley, San Antonio, TX | Lot 12, Block 105, NCB 3373   XXXX |
| 139 Pickford, San Antonio, TX | Lot 15, Block  8, NCB 7476   XXXX |
| 3243 Cato, San Antonio, TX | Lot 23, Block  , NCB 9807  XXXXX |

**Reservations from Conveyance:**
None

**Fee Simple**

Grantor, for and in consideration of TEN AND NO/100 DOLLARS ($10.00) cash and other good and valuable consideration to GRANTOR in hand paid by, Moonlight FLP., and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold the above-described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said GRANTEE and GRANTEE'S heirs, successors, and assigns forever.   Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

Raul S Cantu FLP -- Grantor
By General Partner

LT2-12952-1013-1

SUBSCRIBED AND SWORN before me, the undersigned authority, on this the 18th  day of June, 2007.

NOTARY PUBLIC- State Of Texas



CONSUELO T. DELGADO
MY COMMISSION EXPIRES
June 28, 2008

Doc# 20070147774 Fees: $16.00
06/26/2007   1:58PM # Pages 1
Filed & Recorded in the Official Public
Records of  BEXAR COUNTY
GERRY RICKHOFF COUNTY CLERK

*RPL #3.00*

# WARRANTY DEED    1642243

STATE OF TEXAS

COUNTY OF BEXAR

KNOW ALL MEN BY THESE PRESENTS:

**Date:**              July 15, 1987

**Grantor:**           RAUL S. CANTU

**Grantor's Mailing Address:**      343 W. Houston, Suite 912
**(Including County)**              San Antonio, Bexar County, TX 78205


**Grantee:**           RAUL S. CANTU, TRUST

**Grantee's Mailing Address:**      343 W. Houston, Suite 912
**(Including County)**              San Antonio, Bexar County, TX 78205


**Consideration:**     The sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged.


**Property: (Including any improvements)**

*Lot 2, New City Block 6838, INVERNESS, in the City of San Antonio, Bexar County, Texas, according to plat recorded in Volume 980, Page 27, Deed and Plat Records of Bexar County, Texas.*


**Reservations from and Exceptions
to Conveyance and Warranty:**

Provided however, this conveyance is made subject to any and all conditions, restrictions, easements, covenants and/or reservations of record in the office of the County Clerk of Bexar County, Texas, as the same may effect the herein described real property and if the same be still effective.


Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's executors, administrators, successors, or assigns forever. Grantor binds Grantor and Grantor's heirs, executors, administrators, successors and assigns to warrant and forever defend all and singular the property to Grantee and Grantee's executors, administrators, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.


When the context requires, singular nouns and pronouns include the plural.

09-13-88 0315106 0170643     $3.00 Y 01 01963

_____
RAUL S. CANTU

STATE OF TEXAS

COUNTY OF BEXAR

This instrument was acknowledged before me on the 16th day of July A.D. 19 87 by RAUL S. CANTU.

_____
Notary Public, State of Texas

My Commission Expires: _____

**After Recording Return to:**

Raul S. Cantu, Trust
343 W. Houston, Suite 912
San Antonio, TX 78205

ROSIE GONZALES
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES 3 - 14 - 89

VOL 4398 PAGE 0385



SEP 14 1988

VOL4 5 9 2 PAGE 0 3 8 6

# Warranty Deed

**Date:** May 15, 2008

**Grantor:** Raul S Cantu Family Limited Partnership # 1

**Grantee:** HDJ FLP.

LT1-77-20080103402-1

LT2-13497-1525-2

SCANNED

**SEND TAX BILLS AND ALL NOTICE to:**

C/O John Smith
8546 Broadway # 234
San Antonio, Tx. 78217

**Property:**

| | |
|---|---|
| 434 Vanderbilt, San Antonio, TX | Lot 2, Block  NCB 6838     XXXXXXXXXXXX |
| 338 Verne,   San Antonio, TX | Lot 1 Block 18, NCB 9318    XXXXXXXXXXX |
| 1225 Gevers St., San Antonio, TX | Lot S 100 FT of E 20 FT of 51 & S 100 FT of 52, Block 13, NCB 1603   XXXXXXXXXXXXX |
| 434 Amaya, San Antonio, TX | Lot 16 and 17, Block  9, NCB 11329  XXXXX |
| 1110 Mccauley, San Antonio, TX | Lot 7, Block 6, NCB 9783     XXXXXXXX |
| 1114 Mccauley, San Antonio, TX | Lot 6, Block 6, NCB 9783 |
| 1118 Mccauley, San Antonio, TX | Lot 4 Thru 5, Block 6, NCB 9783 |
| 1135 Mccauley, San Antonio, TX | Lot NW IRR 57.5 FT of 1 & NW IRR 39.3 FT of 2, Block 3, NCB 9780 |
| 202 Plainview, San Antonio,  TX | Lot 50, Block 5, NCB 8639  XXXXXXXXXX |
| 2653 Quintana, San Antonio, TX | Lot 1, Block 33, NCB 11301  XXXXXXXXXXX |
| 347 Taft, San Antonio, TX | Lot 37 and 38, Block 15, NCB 3498  XXXXX |
| 1338 Agarita, San Antonio, TX | Lot 4 and SW TRI 23.8 FT of 5, Block 86, NCB 3253 XXXXXXXXXXXXXXXXXXXX |
| 1122 Essex, San Antonio, TX | Lot 15 and 16, Block 8, NCB 1642  XXXXXX |
| 838 Schley, San Antonio, TX | Lot 20, Block 36, NCB 6443  XXXXXXXXX |

**Reservations from Conveyance:**
None

**Fee Simple**

Grantor, for and in consideration of TEN AND NO/100 DOLLARS ($10.00) cash and other good and valuable consideration to GRANTOR in hand paid by, Applepine FLP., and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold the above-described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said GRANTEE and GRANTEE'S heirs, successors, and assigns forever.  Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

_Raul S Cantu FLP -- Grantor_
By General Partner

SUBSCRIBED AND SWORN before me, the undersigned authority, on this the 15th day of May, 2008.

_____
NOTARY PUBLIC - State Of Texas



CONSUELO T. DELGADO
MY COMMISSION EXPIRES
June 28, 2008

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on this date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

MAY 1 6 2008

COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20080103402 Fees: $20.00
05/16/2008 2:45PM # Pages 2
Filed & Recorded in the Official Public
Records of BEXAR COUNTY
GERARD RICKHOFF COUNTY CLERK

LT1-77-20070225253-1

SCANNED

## Warranty Deed

LT2-13128-1151-2

**Date:** September 20, 2007

**Grantor:** Raul S Cantu Family Limited Partnership # 2

**Grantee:** Tropical Fish FLP.

## SEND TAX BILLS AND ALL NOTICE to:

C/O John Smith
8546 Broadway # 234
San Antonio, Tx. 78217

**Property:**

| | |
|---|---|
| 915 Clower, San Antonio, TX | Lot 14, Block 106, NCB 7221 |
| 150 Ithaca, San Antonio, TX | Lot 4, Block 27, NCB 15604 |
| 8818 Larkia, San Antonio, TX | Lot 20, Block 3, NCB 14995 |
| 1946 Lennon, San Antonio, TX | Lot 12, Block 3, NCB 7628 |
| 2130 Pasadena, San Antonio, TX | Lot 3, Block 8, NCB 6179 |
| 702 Brookview, San Antonio, TX | Lot 9, Block 42, NCB 11798 |
| 706 Hoover, San Antonio, TX | Lot 10, Block 8, NCB 9166 |
| 1975 Rayburn, San Antonio, TX | Lot 20, Block 3, NCB 12492 |
| 219 Pennystone, San Antonio, TX | Lot 23, Block 25, NCB 9620 |
| 229 Avondale, San Antonio, TX | Lot 30, Block 2, NCB 7627 |
| 238 Golden Crown, San Antonio, TX | Lot 6, Block G, NCB 10161 |
| 602 Malone, San Antonio, TX | Lot 6, Block 7, NCB 2837 |
| 606 Malone, San Antonio, TX | Lot 5, Block 7, NCB 2837 |
| 246 Pendleton, San Antonio, TX | Lot 325 & E 12.5 Feet Of Lot 326, Block , NCB 6184 |
| 13738 Earlywood, San Antonio, TX | Lot 35, Block 1, NCB 16273 |
| 7319 Clear Water, San Antonio, TX | Lot 27 One North Place UT 3 (Timber Creek Annex), Block 6, NCB 18656 |

**Reservations from Conveyance:**

None

**Fee Simple**

Grantor, for and in consideration of TEN AND NO/100 DOLLARS ($10.00) cash and other good and valuable consideration to GRANTOR in hand paid by, Tropical Fish FLP., and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold the above-described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said GRANTEE and GRANTEE'S heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part

thereof when the claim is by, through, or under Grantor but not otherwise, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

Raul S. Cantu FLP – Grantor
By General Partner

SUBSCRIBED AND SWORN before me, the undersigned authority, on this the 20th day of September, 2007.

Consuelo T. Delgado
NOTARY PUBLIC- State Of Texas

CONSUELO T. DELGADO
MY COMMISSION EXPIRES
June 23, 2008

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

SEP 2 1 2007



COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20070225253 Fees: $20.00
09/21/2007   12:24PM # Pages 2
Filed & Recorded in the Official Public
Records of BEXAR COUNTY
GERARD RICKHOFF COUNTY CLERK





SCANNED

## WARRANTY DEED

Date:  August 2, 1993

Grantor:      Richard Cantu Trust

Grantor's Mailing Address  (including county) :

> 343 W. Houston Street, Suite 912
> San Antonio, Bexar County, Texas 78205

Grantee's Mailing Address (including county) :

> 343 W. Houston Street, Suite 912
> San Antonio, Bexar County, Texas 78205

Consideration:      Ten and No/100 Dollars ($10.00)  and other good and valuable consideration.

Property (including any improvements) :

See Exhibit A attached hereto

Reservation from and exceptions to conveyance and warranty:

None

Grantor, for the consideration and subject to the reservation from and exceptions to conveyance and warranty, grants, sells, and conveys to grantee the property, together with all and singular the rights and appurtenances thereto and any wise belonging, to have and hold it to grantee, grantees heirs, executors, administrators, successors, or assigns forever.  Grantor binds grantor and grantor's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires singular nouns and pronouns include the plural.

The Richard Cantu Trust

By:_____
Carlos Ferreyro, Trustee
GRANTOR

(acknowledgment)

STATE OF TEXAS
COUNTY OF BEXAR

This instrument was acknowledged before me on the 2nd day of August, 1993, by Carlos Ferreyrro, Trustee of the Richard Cantu Trust.

_____
Notary Public, State of Texas

Comm. Expires 12-13-95

EXHIBIT "A"

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RICHARD CANTU TRUST | | | | | | | | |
| 2 | PROPERTY CONTRIBUTED TO PARTNERSHIP # 2 | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | PROPERTY | | | | | | | | |
| 5 | ADDRESS | | | LEGAL DESCRIPTION | | | | | |
| 6 | | | | | | | | | |
| 7 | AVONDALE 229 | | | NCB 7627 BLK 2 LOT 30 | | | | | |
| 8 | BROOKVIEW 702 | | | NCB 11798 BLK 42 LOT 9 | | | | | |
| 9 | CLOWER 915 | | | NCB 7221 BLK 106 LOT 14 | | | | | |
| 10 | DURANGO 1511 | | | NCB 2371 BLK 8 LOT 19 & 20 | | | | | |
| 11 | GOLDEN CROWN 238 | | | NCB 10161 BLK G LOT 6 | | | | | |
| 12 | HOOVER 706 | | | NCB 9166 BLK 8 LOT 10 | | | | | |
| 13 | ITHACA 150 | | | NCB 15604 BLK 27 LOT 4 | | | | | |
| 14 | JACKSON KELLER 119 | | | NCB 10060 BLK 13 LOT 7 | | | | | |
| 15 | KASHMUIR 422 | | | NCB 9769 BLK 2 LOT 19 | | | | | |
| 16 | LARKIA 8818 | | | NCB 14995 BLK 3 LOT 20 | | | | | |
| 17 | LENNON 1946 | | | NCB 7628 BLK 3 LOT 12 | | | | | |
| 18 | MULBERRY 1345 | | | NCB 3253 BLK 86 LOT 14 | | | | | |
| 19 | NORTH 106 | | | NCB 6705 BLK 15 LOT 27 | | | | | |
| 20 | PASADENA 2130 | | | NCB 6179 BLK 8 LOT 3 | | | | | |
| 21 | PENDLETON 246 | | | NCB 6184 BLK LOT 325 & E 12.5' OF LOT 326 | | | | | |
| 22 | PENNYSTONE 219 | | | NCB 9620 BLK 25 LOT 23 | | | | | |
| 23 | RAYBURN 1975 | | | NCB 12492 BLK 3 LOT 20 | | | | | |
| 24 | WILDWOOD 1418 | | | NCB 7114 BLK 121 LOT 6 | | | | | |
| 25 | WOODLAWN 1319 | | | NCB 6480 BLK 1 ALL OF LOT 46 THE WEST 1/2 OF LOT 45 AND | | | | | |
| 26 | | | | THE EAST 1/2 OF LOT 47 | | | | | |

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on

MAR 1 7 2005

COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20050057334 Fees: $18.00
03/17/2005    4:18PM # Pages 3
Filed & Recorded in the Official Public
Records of  BEXAR COUNTY
GERRY RICKHOFF COUNTY CLERK

LT1-77-20070225254-1

SCANNED

WARRANTY DEED

LT2-13128-1153-3

Date: August 2, 1993

Grantor: Richard Cantu Trust

Grantor's Mailing Address (including county) :

    343 W. Houston Street, Suite 912
    San Antonio, Bexar County, Texas 78205

Grantee: Raul S Cantu Family Limited Partnership No. 3

Grantee's Mailing Address (including county) :

    343 W. Houston Street, Suite 912
    San Antonio, Bexar County, Texas 78205

Consideration:    Ten and No/100 Dollars ($10.00) and other good and valuable consideration.

Property (including any improvements) :

See Exhibit A attached hereto

Reservation from and exceptions to conveyance and warranty:

None

Grantor, for the consideration and subject to the reservation from and exceptions to conveyance and warranty, grants, sells, and conveys to grantee the property, together with all and singular the rights and appurtenances thereto and any wise belonging, to have and hold it to grantee, grantees heirs, executors, administrators, successors, or assigns forever. Grantor binds grantor and grantor's heirs, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

When the context requires singular nouns and pronouns include the plural.

The Richard Cantu Trust

By:_____
Carlos Ferreyro, Trustee
GRANTOR

(acknowledgment)

STATE OF TEXAS
COUNTY OF BEXAR

    This instrument was acknowledged before me on the 2nd day of August, 1993, by Carlos Ferreyrro, Trustee of the Richard Cantu Trust.

Notary Public, State of Texas

Comm. expires 12-13-95

EXHIBIT "A"

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | RICHARD CANTU TRUST | | | | | |
| 2 | PROPERTY CONTRIBUTED TO PARTNERSHIP # 3 | | | | | |
| 3 | | | | | | |
| 4 | PROPERTY | | | | | |
| 5 | ADDRESS | | | LEGAL DESCRIPTION | | |
| 6 | | | | | | |
| 7 | AVONDALE 229 | | | NCB 7627 BLK 2 LOT 30 | | |
| 8 | BROOKVIEW 702 | | | NCB 11798 BLK 42 LOT 9 | | |
| 9 | CLOWER 915 | | | NCB 7221 BLK 106 LOT 14 | | |
| 10 | DURANGO 1511 | | | NCB 2371 BLK 8 LOT 19 & 20 | | |
| 11 | GOLDEN CROWN 238 | | | NCB 10161 BLK G LOT 6 | | |
| 12 | NORTH 106 | | | NCB 6705 BLK 15 LOT 27 | | |

Any provision herein which restricts the sale, or use of the described real property because of race is invalid and unenforceable under Federal law
STATE OF TEXAS, COUNTY OF BEXAR
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Real Property of Bexar County, Texas on:

SEP 2 1 2007

COUNTY CLERK BEXAR COUNTY, TEXAS

Doc# 20070225254 Fees: $24.00
09/21/2007   12:24PM # Pages 3
Filed & Recorded in the Official Public
Records of  BEXAR COUNTY
GERARD RICKHOFF COUNTY CLERK