**SO ORDERED.**

**SIGNED this 14th day of September, 2009.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:

RAUL SERGIO  CANTU                          Case No. 06-50950-C-7

Chapter 7 Proceeding

ORDER AUTHORIZING TRUSTEE TO CLOSE
ESTATE RESERVING RIGHT TO REOPEN CASE IF
CONTINGENT ASSET GENERATES CASH FOR ESTATE

On the day this Order was signed, came on for consideration the Application to Allow Trustee to Close Estate Reserving Rights to Reopen Case if Contingent Asset Generates Cash for Estate.  The Court, after giving due consideration to the application and the merits thereto, is of the opinion that notice is proper, and no adverse interest being represented, it should be GRANTED.

I:\HOME\PEGGY\Order_on_Application_to_Allow_Trustee_to_Close_Estate012320070832[1] Cantu.doc

It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to close the estate reserving the right to reopen the case in the event the pending litigation in Adversary Case No. 08-05139 or any other asset results in payment of any money to the bankruptcy estate.

It is further ORDERED, ADJUDGED, and DECREED that any funds due the bankruptcy estate from the above-described cause of action are not abandoned to the Debtor at the closing of the case and will not be deemed abandoned, but shall remain property of the bankruptcy estate and subject to the automatic stay of 11 U.S.C. § 362.

# # #

___/S/_____
JOHNNY W. THOMAS,
Chapter 7 Trustee
TBN# 19856500
1153 E. Commerce
San Antonio, TX 78205
(210) 226-5888  Fax: (210) 226-6085