

Re: Return of Exhibits re: 06-50950
martin seidler
to:
Daniel_Paez
05/19/2011 06:44 PM
Hide Details
From: martin seidler <seidlerlaw@yahoo.com>

To: Daniel_Paez@txwb.uscourts.gov

you may destroy them.

marty seidler

Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
San Antonio, Texas 78230
(210) 694-0300 Fax: (210) 690-9886

--- On **Thu, 5/19/11, Daniel_Paez@txwb.uscourts.gov**
***<Daniel_Paez@txwb.uscourts.gov>*** wrote:

> From: Daniel_Paez@txwb.uscourts.gov <Daniel_Paez@txwb.uscourts.gov>
> Subject: Return of Exhibits re: 06-50950
> To: seidlerlaw@yahoo.com
> Date: Thursday, May 19, 2011, 6:02 PM

> **Mr. Seidler,**

> **Please respond to the attached letter regarding the return of exhibits in 06-50950**

06-50950-lmc  Doc#74  Filed 05/25/11  Entered 05/25/11 13:36:45  Main Document  Pg 2 of 2

**re: #36 by 5/31/11**


Thank You,

Daniel Paez
U.S. Bankruptcy Court
Case Manager
(210) 472-6720 x 248