## UNITED STATES BANKRUPTCY COURT
### *Western District of Texas*
**Hipolito F. Garcia Federal Bldg
and U.S. Courthouse
615 E. Houston Street, Suite 137
San Antonio, Texas 78205**

*GEORGE D. PRENTICE II*                                                  *(210) 472–6720*
*CLERK OF COURT*

**VIA CERTIFIED MAIL**

**DATE:    May 19, 2011**

**Martin Warren Seidler
11107 Wurzbach Rd, Suite 504
San Antonio, TX 78230**

**RE:    Exhibits**
            Bankruptcy Case No.:    **06–50950–lmc**
                   Case Style:    Raul Sergio Cantu

Dear    Mr. Seidler:

      A final order was entered on 4/23/08 regarding the following contested matters:

> **Joint Motion For Contempt filed by Martin Warren Seidler for Petitioning Creditors Jessica M. Garcia, Jesus A Garcia, Santos Garcia, Trustee Johnny W Thomas (Seidler, Martin) (Related Document(s): 30 Joint Motion to Compel Turnover and For Compliance With Court Order Directing the Debtor File Schedules, List of Creditors, and Statement of Financial Affairs (20 Day Objection Language) filed by Martin Warren Seidler for Petitioning Creditors Jessica M. Garcia, Jesus A Garcia, Santos Garcia, Trustee Johnny W Thomas (Seidler, Martin)**

      Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

      Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **5/31/11** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                      George D. Prentice II
                                      Clerk, U. S. Bankruptcy Court

                                      BY: Daniel Paez

**903 San Jacinto, Suite 322**
**Austin, Texas 78701**
**(512) 916–5237**

**8515 Lockheed**
**El Paso, Texas 79925**
**(915) 779–7362**

**U.S. Post Office Annex**
**100 E. Wall Street, Room P–163**
**Midland, Texas 79701**
**(432) 683–1650**

**800 Franklin Avenue, Suite 140**
**Waco, Texas 76701**
**(254) 750–1513**

**[Exhibits Letter]** [Ltrex]